JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAOYUN TANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS. ET AL.,<br><br>　　　　Defendants. | No. 2:24-cv-00573-MEMF-JC<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Judge Maame Ewusi-Mensah Frimpong<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until July 18, 2025.

Dated: March 26, 2024

　　　　　　　　　　　　　　　　　　　　　　　_/s/_

　　　　　　　　　　　　　　　　　　　　HONORABLE MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1